THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYNALEM Z. DEGEFA and HIWOT W. ALEMU, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Secretary, *et al.*, <br><br> Defendants. | CASE NO. C23-1870-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte.* The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

DATED this 2nd day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-1870-JCC
PAGE - 1