UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYNALEM Z. DEGEFA et al., | CASE NO. 2:23-cv-01870-LK |
| Plaintiffs, | ORDER OF DISMISSAL |
| v. | |
| ALEJANDRO MAYORKAS, Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss. Dkt. No. 16. Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' stipulation, this case is hereby DISMISSED without prejudice and without costs to any party.

Dated this 23rd day of May, 2024.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1